COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-050-CV

PENN TREATY NETWORK AMERICA APPELLANT

INSURANCE COMPANY

V.

MONEY SERVICES, INC. APPELLEE

----------

FROM THE 342
ND
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered the “Joint Motion To Dismiss.”  It is the court's opinion that the motion should be granted; therefore, we vacate the trial court's judgment and dismiss the case.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(2)(A), 43.2(e).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM 

PANEL D: HOLMAN, GARDNER, and WALKER

DELIVERED:  MAY 1, 2003

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.